

## NUMBER 13-16-00421-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE JUAN M. GARCIA, M.D.

### On Petition for Writ of Mandamus.

## ORDER

**Before Justices Rodriguez, Benavides, and Perkes**
**Order Per Curiam**

This Court denied the petition for writ of mandamus filed in this case on July 22, 2016. See In re Garcia, No. 13-16-00421-CV, 2016 WL __, at *_ (Tex. App.—Corpus Christi July 22, 2016, orig. proceeding) (mem. op. per curiam). This cause is currently before the Court on relator's motion to seal "Appendix 1, Appendix A Original Petition, Exhibit B, pages 23-31."

The Court, having examined and fully considered the motion to seal, is of the opinion that the motion should be granted. Accordingly, we GRANT the motion to seal and ORDER the documents at issue to be SEALED to the public. Any public access to

these documents shall be determined by written motion filed with this Court, with appropriate notice to the parties, and upon a showing of good cause. This order does not affect or limit the rights of the parties to this original proceeding to view the records at issue without further order from this Court. The parties are ordered to maintain the confidentiality of the information contained in this sealed record and are prohibited from disseminating the sensitive information contained within the sealed record to any person.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
1st day of August, 2016.

2